# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PANAMA CITY DIVISION

**DEBRA CARNELL,**

    **Petitioner,**

**v.**                                   **Case No.  5:26-cv-14-TKW-MJF**

**RIAD K. TAHA,**

    **Respondent.**

    _____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this Court lacks "derivative" jurisdiction under 28 U.S.C. §1442 because the state court did not have jurisdiction to issue the injunction sought by Petitioner against Respondent based on his actions as a federal employee in his official capacity.[1]  Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and

---

[1] For sake of completeness, the Court also agrees with the magistrate judge's determination that the petition fails to state a claim for an injunction under §784.084, Fla. Stat.  Thus, if this Court (or the state court) had jurisdiction, the petition would be subject to dismissal/denial on that ground.

Page 1 of 2

incorporated by reference in this Order.

2.    Respondent's motion to dismiss (Doc. 5) is GRANTED, and this case is DISMISSED for lack of subject-matter jurisdiction.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 8th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**